**Wells Fargo & Company (WFC)**  **Ma, Guofeng**

## List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| 4/13/2020 | Purchase | 1,000 | $31.5188 |
| 4/13/2020 | Purchase | 1,000 | $31.8350 |
| 4/21/2020 | Purchase | 1,000 | $26.8100 |
| 4/21/2020 | Purchase | 1,000 | $26.7000 |