| | |
|---|---|
| 1 | Brendan P. Cullen (SBN 194057) |
| | (cullenb@sullcrom.com) |
| 2 | Sverker K. Hogberg (SBN 244640) |
| | (hogbergs@sullcrom.com) |
| 3 | SULLIVAN & CROMWELL LLP |
| | 1870 Embarcadero Road |
| 4 | Palo Alto, California 94303 |
| | Telephone:    (650) 461-5600 |
| 5 | Facsimile:    (650) 461-5700 |

*Counsel for Defendants Wells Fargo & Company, Charles W. Scharf, and John Shrewsberry*

[*Additional counsel listed on signature page*]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUOFENG Ma, Individually and On Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>         v.<br><br>WELLS FARGO & COMPANY, CHARLES W. SCHARF, and JOHN SHREWSBERRY,<br><br>                              Defendants. | Case No. 3:20-cv-03697-RS<br><br>**STIPULATION AND [PROPOSED] ORDER WAIVING SERVICE OF SUMMONS AND COMPLAINT, EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT, AND CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AS MODIFIED BY THE COURT**<br><br>The Hon. Richard Seeborg |

1       WHEREAS, on June 4, 2020, Guofeng Ma ("Plaintiff"), individually and on behalf of all others similarly situated, filed a putative class action Complaint for Violations of the Federal Securities Laws ("Complaint") against Wells Fargo & Company ("Wells Fargo"), Charles W. Scharf, and John R. Shrewsberry (collectively, "Defendants");

      WHEREAS the Complaint alleges claims under §§10(b) and 20(a) of the federal Securities Exchange Act of 1934, which are subject to the procedural requirements of the Private Securities Litigation Reform Act of 1995 ("PSLRA"), including those set forth in 15 U.S.C. §78u-4;

      WHEREAS, Defendants waive service of the summons and Complaint;

      WHEREAS, Defendants' current deadline to answer or respond to the Complaint is August 10, 2020;

      WHEREAS, Plaintiff and Defendants anticipate that a lead plaintiff and lead counsel will be appointed by the Court, and that an amended complaint will be filed thereafter;

      WHEREAS, on June 4, 2020, the case was assigned to the Honorable Richard Seeborg;

      WHEREAS, on June 4, 2020, the Court scheduled an Initial Case Management Conference for September 3, 2020 and ordered the parties, in advance of that conference, to meet and confer as required by Fed. R. Civ. P. 26(f) and to exchange initial disclosures, file a case management statement and Rule 26(f) Report, ECF No. 4;

      WHEREAS, due to the mandatory stay of discovery imposed by the PSLRA, the parties are not yet able to meet and confer over all of the subjects set forth in Fed. R. Civ. P .16(c); and

      WHEREAS, counsel for Plaintiff and Defendants met and conferred and agreed that it will save judicial and party resources to (i) defer the deadline for Defendants to answer, move to dismiss, or otherwise respond to the Complaint until after this Court has appointed a lead plaintiff, approved lead counsel, and a consolidated amended complaint has been filed, and (ii) continue the Initial Case Management Conference until after the motion to dismiss is decided and the mandatory discovery stay is lifted;

      NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, through their undersigned counsel, that:

1.     Defendants need not answer, move to dismiss, or otherwise respond to the Complaint

filed in this action, except to the extent set forth in paragraph 2.

2. Within 10 days of the entry of an order appointing a lead plaintiff and approving lead counsel under the PSLRA, the parties shall propose a schedule to the Court for the filing of a consolidated amended complaint and for the briefing of Defendants' anticipated motion to dismiss.

3. The Initial Case Management Conference is continued to September 24, 2020 at 10:00 am. All parties shall appear telephonically and must contact Court Call at (866) 582-6878 at least one week prior to the Conference to arrange their participation. Case Management Statement due September 17, 2020.

4. In submitting this Stipulation, Plaintiff and Defendants do not waive any of their rights or positions in law or in equity, and Defendants do not waive any objection or defense they may raise to the Court's personal jurisdiction over them or to the propriety of venue in this case.

IT IS SO STIPULATED.

DATED: July 13, 2020

*/s/ Brendan P. Cullen*
Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
Sverker K. Hogberg (SBN 244640)
(hogbergs@sullcrom.com)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303-3308
Telephone:   (650) 461-5600
Facsimile:   (650) 461-5700

*Counsel for Defendants Wells Fargo & Company, Charles W. Scharf and John Shrewsberry*

DATED: July 13, 2020

*/s/ Jennifer Pafiti*
Jennifer Pafiti (SBN 282790)
POMERANTZ LLP
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

Jeremy A. Lieberman
(*pro hac vice* application forthcoming)
J. Alexander Hood II
(*pro hac vice* application forthcoming)

POMERANTZ LLP  
600 Third Avenue, 20th Floor  
New York, New York 10016  
Telephone: (212) 661-1100  
Facsimile: (212) 661-8665  
jalieberman@pomlaw.com  
ahood@pomlaw.com  

Patrick V. Dahlstrom  
(*pro hac vice* application forthcoming)  
POMERANTZ LLP  
10 South La Salle Street, Suite 3505  
Chicago, Illinois 60603  
Telephone: (312) 377-1181  
Facsimile: (312) 377-1184  
pdahlstrom@pomlaw.com  

Peretz Bronstein  
(*pro hac vice* application forthcoming)  
BRONSTEIN, GEWIRTZ & GROSSMAN, LLC  
60 East 42nd Street, Suite 4600  
New York, NY 10165  
Telephone: (212) 697-6484  
Facsimile: (212) 697-7296  
peretz@bgandg.com  

*Counsel for Plaintiff*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 7/13/2020

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE