# Exhibit 3

**Wells Fargo & Company Loss Chart**
**Class Period: April 5, 2020 through May 5, 2020**

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kwinecki, George | 5/1/2020 | 41,500 | ($28.30) | ($1,174,450.00) | | | | | | | |
| | 5/5/2020 | 40,500 | ($28.11) | ($1,138,455.00) | | | | | | | |
| | | 82,000 | | ($2,312,905.00) | | | | | 82,000 | $2,150,008.08 | ($162,896.92) |