# EXHIBIT B

| Client Name | Winston P Kuo |
|---|---|
| Company Name | Wells Fargo & Company |
| Ticker Symbol | WFC |
| Security Type | |
| Class Period Start | 04-05-2020 |
| Class Period End | 05-05-2020 |
| 90-DAY Lookback Period Start | 05-06-2020 |
| 90-DAY Lookback Period End | 08-03-2020 |
| 90-DAY Lookback Average | $ 26.20 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $27,885.95 |
| *DURA LIFO* Total* | $27,885.95 |
| Gross Shares Purchased | 17,397.00 |
| Net Shares Retained | 17,397.00 |
| Net Funds Expended | $ 483,763.11 |

Winston P Kuo

| | Purchases | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 04-15-2020 | 10200 | 28.47 | $ 290,394.00 | | | | | | - | 10200 | 10200 | $ 26.20 | $ 267,284.42 | $ 23,109.58 | $ 23,109.58 |
| 04-17-2020 | 1100 | 28.465 | $ 31,311.50 | | | | | | - | 1100 | 1100 | $ 26.20 | $ 28,824.79 | $ 2,486.71 | $ 2,486.71 |
| 04-17-2020 | 97 | 28.1197 | $ 2,727.61 | | | | | | - | 97 | 97 | $ 26.20 | $ 2,541.82 | $ 185.79 | $ 185.79 |
| 04-23-2020 | 6000 | 26.555 | $ 159,330.00 | | | | | | - | 6000 | 6000 | $ 26.20 | $ 157,226.13 | $ 2,103.87 | $ 2,103.87 |
| Total: | 17,397.00 | | $483,763.11 | | | | | | | 17,397.00 | 17,397.00 | | $ 455,877.16 | $ 27,885.95 | $ 27,885.95 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.
2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.
* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure(s) matched to intra-class period purchases.