1  Laurence M. Rosen (SBN 219683)
   (lrosen@rosenlegal.com)
2  THE ROSEN LAW FIRM, P.A.
   355 South Grand Ave, Suite 2450
3  Los Angeles, CA 90071
   Telephone:    (213) 785-2610
4  Facsimile:     (213) 226-4684

5  *Counsel for Lead Plaintiff George Kwinecki*

6  [*Additional counsel listed on signature page*]

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10

11

12  GUOFENG Ma, Individually and On Behalf of       Case No. 3:20-cv-03697-RS
    All Others Similarly Situated,
13                                    Plaintiff,    **STIPULATION OF VOLUNTARY**
                                                    **DISMISSAL PURSUANT TO FED. R. CIV.**
14          v.                                      **P. 41(a)(1)(A)(ii)**

15                                                  Hon. Richard Seeborg
    WELLS FARGO & COMPANY, CHARLES W.
16  SCHARF, and JOHN SHREWSBERRY,

17                                    Defendants.

18

19

20

21

22

23

24

25

26

27

28

1    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Lead Plaintiff George Kwinecki, and Defendants

2  Wells Fargo & Company, Charles W. Scharf and John Shrewsberry, by their respective undersigned

3  counsel, hereby stipulate to the dismissal of the above-captioned case without prejudice. All parties

4  agree to bear their own costs and attorneys' fees.

5

6  DATED:  November 12, 2020            */s/ Laurence M. Rosen*
                                        Laurence M. Rosen, Esq. (SBN 219683)
7                                       (lrosen@rosenlegal.com)
                                        THE ROSEN LAW FIRM, P.A.
8                                       355 South Grand Avenue, Suite 2450
                                        Los Angeles, CA 90071
9                                       Telephone:      (213) 785-2610
10                                      Facsimile:      (213) 226-4684

11                                      Yu Shi (*pro hac vice*)
                                        (yshi@rosenlegal.com)
12                                      THE ROSEN LAW FIRM, P.A.
                                        275 Madison Avenue, 40th Floor
13                                      New York, NY  10016
                                        Telephone:      (212) 686-1060
14                                      Facsimile:      (212) 202-3827

15

16                                      *Counsel for Lead Plaintiff George Kwinecki*

17

18

19  DATED:  November 12, 2020            */s/ Brendan P. Cullen*
                                        Brendan P. Cullen (SBN 194057)
20                                      (cullenb@sullcrom.com)
                                        Sverker K. Hogberg (SBN 244640)
21                                      (hogbergs@sullcrom.com)
                                        SULLIVAN & CROMWELL LLP
22                                      1870 Embarcadero Road
                                        Palo Alto, California  94303-3308
23                                      Telephone:      (650) 461-5600
                                        Facsimile:      (650) 461-5700
24
                                        *Counsel for Defendants Wells Fargo & Company,*
25                                      *Charles W. Scharf, and John Shrewsberry*

26

27

28

**Attestation Pursuant to Local Rule 5-1(i)(3)**

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: November 12, 2020

*/s/ Laurence M. Rosen*
Laurence M. Rosen